

# Fourth Court of Appeals
## San Antonio, Texas

July 1, 2014

No. 04-14-00235-CR

The **STATE** of Texas,
Appellant

v.

Gustavo **Martinez**,
Appellee

From the County Court at Law No. 15, Bexar County, Texas
Trial Court No. CC341867
The Honorable Michael La Hood, Judge Presiding

# O R D E R

On June 25, 2014, we abated this appeal to the trial court for the entry of findings of fact and conclusions of law. On June 30, 2014, a supplemental clerk's record was filed containing the trial court's findings of fact and conclusions of law. It is therefore ORDERED that this appeal is REINSTATED on the docket of this court. The State's brief must be filed no later than thirty days from the date of this order.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of July, 2014.

_____
Keith E. Hottle
Clerk of Court